**FILED**

**JUL 27 2007**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY HAMILTON,   )
12804 Burning Ore Ct   )
  Plaintiff   )
v. Waldorf, MD 20745   )   Case: 1:07-cv-01365
  ) CASE NO:  Assigned To : Walton, Reggie B.
  )   Assign. Date : 7/27/2007
HENRY M. PAULSON, JR.   )   Description: EMPLOY DISCRIM.
  )
  Defendant   )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Petition

I hereby approach this court to accept the original filing date of July 5, 2007 for this filing. I am appealing to this Honorable Court in reversing its July 11, 2007 Order. My request is supported by the facts that this is:

a. An EEO/Title VII claim with a sensitive and critical filing requirement, e.g. by July 5, 2007; and,

b. I am visually challenged and I was not able to see clearly that question 4 was not completed. I so informed the clerk of my visual challenge and thus request reasonable accommodation, not in terms of providing answers by rather simply assistance in to confirm that each black was completed. As I am not blaming the clerks office, but kindly request Acceptance of the original filing date of July 5, 2007.

Respectfully submitted

_/s/ Gary Hamilton_

Gary Hamilton, Pro Se    Date  7/13/07

**RECEIVED**

JUL 05 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
GARY HAMILTON                          )
P.O. Box 1204   Birming               )
Waldorf, MD   20604,  OAK ST.         )
240 346 9708                          )
         Plaintiff                    )
                                      )
v.                                    )  CASE NO.:
                                      )
HENRY M. PAULSON, JR.                 )
Secretary of the Department           )
of Treasury                           )
1500 Pennsylvania Avenue NW           )
Washington, D.C. 20220                )
(202) 622-2000                        )
                                      )
         Defendant                    )
```

*Request Struck Jury*

## COMPLAINT

**Pro-Se** Plaintiff, Gary Hamilton, files this civil complaint for damages and states herein as follows:

1. This action is authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964, as amended by the 1991 Civil Rights Act, 42 U.S.C § 2000e, et seq., hereinafter "Title VII."

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant. This action is also in accordance with 28 U.S.C. 1331.

3. Gary Hamilton is a citizen of the United States and resides in the State of Maryland.

4. Defendant, Henry Paulson, is the Secretary of the Department of Treasury, a

RECEIVED
JUL -5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

government agency, which is subject to the provisions of Title VII.

5. Plaintiff Gary Hamilton is an African American and belongs in the protected group under the statute.

6. On or about August 2005, Plaintiff filed a discrimination complaint against the defendant in the United States District Court for the District of Columbia.

7. About April 2005, defendant announced vacancies for about eleven positions within the its Real Estate and Facilities Management (REFM) division. One of those positions was the Industrial Hygienist position.

8. Being qualified and eligible for same, Plaintiff applied for the Industrial Hygienist position.

9. Because the defendant did not act on Plaintiff's application package, Plaintiff inquired about the status of his application about July of 2005.

10. Defendant informed him that there is no record of receiving his application for this announcement.

11. Plaintiff redirected his application to the defendant at the defendant's request.

12. Defendant continued to seek applicants for the position though Plaintiff met all the eligibility requirements for the announced position.

13. Because defendant announced said Industrial Hygienist position both internally and externally, Plaintiff applied for the position externally.

14. Prior to applying for the Industrial Hygienist position, Plaintiff was already an Industrial Hygienist but the position that was announced was one level higher than Plaintiff's eligible grade level.

15. Defendant never acted on Plaintiff's internal application.

16. Due to Plaintiff's race, defendant ranked Plaintiff's external application lower than that of his Caucasian counterparts and filled the position with external Caucasians or people of a race other than African American, only after Plaintiff was constructively discharged about December 2005.

17. Plaintiff alleges that he was rejected for that position because of his race.

18. About September of 2005, defendant announced the position of an Environmental Protection Specialist. In doing so, defendant violated its own procedure or failed to do that which it promised to do concerning the announcement.

19. Though Plaintiff was qualified for the position, the defendant made it impossible for Plaintiff to apply, by inter alia, directly or indirectly concealing the vacancy from Plaintiff in that defendant orchestrated Plaintiff's absence from the office during the vacancy announcement.

20. When Plaintiff learned about the vacancy announcement and sought the opportunity to apply, defendant or its agent informed Plaintiff that it was too late and that it was not going to accept Plaintiff's application.

21. Nonetheless, Plaintiff applied for the position. However, when he did so, defendant closed the announcement.

22. Plaintiff alleges that the defendant so acted toward Plaintiff because of his race and prior EEO activity.

23. Plaintiff subsequently spoke the defendant's agents who were in control or responsible for selection for the position and was told that it would be a waste of Plaintiff's time to apply for any position within the agency.

24. Plaintiff, via numerous avenues, sought review of this matter from other supposedly responsible agency officials but Plaintiff was ignored.

25. When Plaintiff inquired about why his possibilities of being promoted were being doomed, his superiors and/or the responsible agency officials told him it would be a waste of time to apply for any of the positions.

26. Once it was made unmistakably clear to Plaintiff that no matter what he did, Plaintiff would not be promoted, Plaintiff was forced to leave his employ around December of 2005.

27. It was the acts of the agency officials or defendant's agents that caused the Plaintiff to involuntarily leave his employ about December of 2005 as they made his working conditions so difficult or unpleasant that a reasonable person in Plaintiff's position would have felt compelled to resign.

28. Right after Plaintiff left his employ, defendant filled the two positions, i.e., the Industrial Hygienist Position and the Environmental Protection Specialist position with people who were Caucasians or of some race other than African American.

29. Plaintiff alleges that defendant would not have acted in the manner that he did had it not been for Plaintiff's race and/or had it not been for Plaintiff's engagement in protected activities.

30. As a result of defendant's conduct, Plaintiff suffered economic and non-economic damages.

31. All condition precedents in this matter have been satisfied.

## COUNT I
### Discrimination based on Race - Industrial Hygienist Position

32. Plaintiff repleads the allegations in paragraphs 1- 31 of this Complaint. By rejecting Plaintiff an Industrial Hygienist for the position of an Industrial Hygienist and selecting someone of other than Plaintiff's race, defendant discriminated against Plaintiff based on his race in violation of Title VII.

## COUNT II
### Discrimination based on Race - Environmental Protection Specialist.

33. Plaintiff repleads the allegations in paragraphs 1- 32 of this Complaint. By orchestrating Plaintiff's absence from the office during the vacancy announcement for the Environmental Protection Specialist position such that Plaintiff would be deprived of the opportunity to apply and by rejecting Plaintiff's application for the Environmental Protection Specialist position and filling it with someone of other than Plaintiff's race, defendant discriminated against Plaintiff based on his race in violation of Title VII.

## COUNT III
### RETALIATION

34. Plaintiff repleads the allegations in paragraphs 1- 33 of this Complaint. By causing Plaintiff to suffer adverse employment action after he had engaged in protected activities, defendant retaliated against Plaintiff in violation of Title VII.

## COUNT III
### CONSTRUCTIVE DISCHARGE

35. Plaintiff repleads the allegations in paragraphs 1- 34 of this Complaint. By telling Plaintiff that he would be wasting his time to apply for any position or by making it clear to Plaintiff that no matter what he did he would not be promoted, defendant or its agents wrongfully constructively discharged the Plaintiff from his employ.

WHEREFORE, Plaintiff prays that this Court award damages in his favor and against the defendant for: Front pay, Loss of earning capacity, Compensatory damages, Attorney Fees and Court costs.

Respectfully submitted

*[signature: Gary Hamilton]*  7/5/07

Gary Hamilton
P.O. Box 1201
Waldorf, MD 20604
Phone No. 240-346-9708
Pro-Se Plaintiff.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

N 07-1365 RBW

## I (a) PLAINTIFFS

Gary Hamilton

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NH)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Henry M. Paulson, Jr.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01365
Assigned To : Walton, Reggie B.
Assign. Date : 7/27/2007
Description: EMPLOY DISCRIM.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (If Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (If Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $ 0    Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES  ☐ NO   If yes, please complete related case form.

DATE 7/27/07   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd