IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY HAMILTON,                )

    Plaintiff                 )

v.                            ) CASE NO: 07 1365

HENRY M. PAULSON, JR.         )

    Defendant                )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    <u>Supplement to Plaintiff's Petition for Modification of Court ORDER, submitted to this Honorable Court on July 13, 2007 of Court ORDER of July 11, 2007</u>

This Court issued an initial July 11, 2007 ORDER pursuant to Plaintiff's application for IFP and associated claim. The Order rejected the Plaintiff's claim as un-filed due to a single deficiency (Question No. 4) in his application for IFP. In response, the Pro Se Plaintiff filed an original petition dated July 13, 2007 requesting the Court to modify its ORDER. In addition to Plaintiff's reasons presented to the Court initially in support of for modification already the Plaintiff further supports his original petition by stating:

a. The Plaintiff after exhausting his administrative remedy of a Title VII EEO complaint with the defendant submitted this claim before this Court on July 5, 2007. Attached is a copy of the Plaintiff's "Notice of Appeal Rights for Mixed Cases" issued June 6, 2007. The Notice requires Plaintiff to file any appeal with this Court or with the MSPB within 30 days of this date. In an attempt to met this protective filing, the Plaintiff filed the said complaint on July 15, 2007.

b. Nowhere in either, the <u>Local Rules of the U.S. District Court for the District of Columbia</u> (effective October 12, 2006) or <u>Local Rule Changes</u> (April 10, 2007), is there any mention of Adverse consequences if an IFP applicants does not "fully" complete their application.

4

Notwithstanding this omission with the local rule, the actual IFP application does not appear to inform the non-prisoner applicant of any adverse consequences, e.g. his claim will not be considered filed, if it is not ""fully completed"; Nor does the reason offered in the Court July 11, 2007 Order citing the fact that the "application to proceed in forma pauperios must be *Completed* and originally signed" conflates with the literal meaning of "fully Completed" (e.g. absence completion of all other questions, except question No. 4), as the ORDER seem to

c. This Court's local rules recogizes similar areas of deficient filing are concerned allow certain deficiencies to be corrected, while maintaining the original claim filing date. For example, the Court local rule found at page 23----" Name and Address for Parties and Attorneys", does offer a Pro Se forma pauperis applicant an opportunity to correct a deficiency within 30 days *while preserving his original filing date* by stating "Failure to provide the address information *within 30 days upon filing* may result in the dismissal of the case against the defendant. It should be *noted that such deficiency is not arbitrarily and capriciously rejected by the Court:* and,

d. The Plaintiff is not a prisoner; therefore his application processing is not subject to any further Requirements under the Prison Litigation Reform Act of 1995.

Respectfully submitted

Gary Hamilton, Pro Se     Date 7/16/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Gary Hamilton_
Plaintiff

v.

_Henry M. Paulson Jr._
Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ] Your COMPLAINT must bear your original signature.

[✓] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

[ ] OTHER: _Your IFP application #4 is incomplete, you must answer all questions._

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO MY CHAMBERS.**

1/11/07
date

**HOGAN, C.J. TFH**

Chief Judge Thomas F. Hogan

rms\Pro Se Return Doc. Letter

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*****************************

| | |
|---|---|
| GARY HAMILTON, | ) |
| Plaintiff | ) |
| v. | ) CASE NO: |
| HENRY M. PAULSON, JR. | ) |
| Defendant | ) |

*****************************

### Petition

I hereby approach this court to accept the original filing date of July 5, 2007 for this filing. I am appealing to this Honorable Court in reversing its July 11, 2007 Order. My request is supported by the facts that this is:

a. An EEO/Title VII claim with a sensitive and critical filing requirement, e.g. by July 5, 2007; and,

b. I am visually challenged and I was not able to see clearly that question 4 was not completed. I so informed the clerk of my visual challenge and thus request reasonable accommodation, not in terms of providing answers by rather simply assistance in to confirm that each black was completed. As I am not blaming the clerks office, but kindly request Acceptance of the original filing date of July 5, 2007.

Respectfully submitted


Gary Hamilton, Pro Se        Date_____

## NOTICE OF APPEAL RIGHTS FOR MIXED CASES

If you are dissatisfied with this decision, you are entitled to file a civil action in an appropriate United States District Court, OR, you may first file an appeal with the Merit Systems Protection Board (MSPB), but NOT with the Equal Employment Opportunity Commission (EEOC).

All time periods are given in *calendar* days. If a time period expires on a Saturday, Sunday or Federal holiday, you may file on the next business day. If you are represented by an attorney, the time periods begin to run from the date your attorney receives this decision.

### FILING AN APPEAL WITH THE MSPB

If you choose to appeal this decision to the MSPB, you must file your appeal *within 30 days of* the date you receive this decision with:

**CHIEF ADMINISTRATIVE JUDGE**
**WASHINGTON, D.C. REGIONAL OFFICE**
**1800 DIAGONAL ROAD, SUITE 205**
**WASHINGTON, DC 22314-2840**
**FAX 703-756-7112**

Enclosed is a form that you may use to file your appeal. You may file an appeal by mail, facsimile transmission or personal delivery.

### FILING A CIVIL ACTION 

You may file a civil action in an appropriate United States District Court *within 30 days* from the date you receive this decision unless an appeal is filed with MSPB.

You may also file a civil action *after 120 days* from the date you file an appeal with MSPB if MSPB has not issued a decision.

You must also comply with the following instructions:

(1) You must name HENRY M. PAULSON, JR., SECRETARY OF THE TREASURY, as the defendant. Failure to provide his name and official title may result in dismissal of your case.

(2) If you decide to file a civil action and if you do not have, or cannot afford, the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend the time in which to file a civil action. Both the request and the civil action must be filed *within 30 days* of the date you receive the agency or MSPB decision.

# DEPARTMENT OF THE TREASURY

## OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY

### CERTIFICATE OF SERVICE

On this date, I mailed a copy of the final agency decision on the complaint filed by Gary Hamilton, TD No. IRS-06-0688-M, to the persons listed below by the methods specified. Including the Final Agency Decision, Notice of Mixed Case Appeal Rights, MSPB Form 185, and the Certificate, there are 20 pages.

_for La Sebry Bm_ / Angela Williams, EEO Assistant  
Department of the Treasury  
Office of Equal Opportunity and Diversity  
1750 Pennsylvania Avenue, N.W., Room 8157  
Washington, DC 20220  
Telephone: 202-622-1160

Date: 6/6/07

**Complainant's Representative**   Via First Class and Certified Mail  
Anne Gbenjo  
Gbenjo Law Group  
8449 West Belfort Ave., Suite 100  
Houston, TX 77071

**Complainant**   Via First Class and Certified Mail  
Gary Hamilton  
Box 1201  
Waldorf, MD 20604

**Bureau EEO Officer**   Via E-mail  
Gail Demers, Deputy Chief, EEO and Diversity, IRS

**Treasury Complaint Mega Center**   Via E-mail  
Brian B. McGovern, Operations Director

**(d)  ELECTRONIC TRANSMISSION.**

No pleading, motion or other document shall be transmitted to the Clerk for filing by means of electronic facsimile transmission except with express leave of Court.

**(e)  NAME AND ADDRESS OF PARTIES AND ATTORNEYS.**

(1)   The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party. Where a person is sued in an official capacity, the person's official address shall be used. If the party is appearing *pro se*, the caption shall also include the party's telephone number. Those filing *pro se in forma pauperis* must provide in the caption the name and full residence address or official address of each party. Failure to provide the address information within 30 days upon filing may result in the dismissal of the case against the defendant. All papers signed by an attorney shall contain the name, address, telephone number, and D.C. Bar identification number of the attorney if the attorney is a member of the D.C. Bar. All attorneys listed on any pleading or paper who are members of the D.C. Bar must include their D.C. Bar identification numbers regardless of whether they sign the pleading. Notice of a change in address or telephone number of an attorney or a party not represented by an attorney must be filed within 10 days of the change. Unless changed by notice filed with the Clerk, the address and telephone number of a party or an attorney noted on the first filing shall be conclusively taken as the last known address and telephone number of the party or attorney.

(2)   By signing a pleading or paper that is presented to the Court, an attorney is certifying that the attorney, and all other attorneys appearing with the attorney on the pleading or paper, are members of, or have a pending application for admission to, the Bar of this Court, or has complied with LCvR 83.2(c) or (d), or is covered by LCvR 83.2(e) as an attorney employed by the United Sates or one of its agencies.

*COMMENT TO LCvR 5.1(e) (1) and (2): Section (e)(1) was amended to make clear that the reference to the requirement that all papers include "the bar identification number of the attorney" requires a D.C. Bar identification number. Because members of the Bar of this Court are not assigned bar identification numbers, Section (e)(2) was added to assist the Clerk's Office in verifying the bar membership status of attorneys who appear in this Court.*

**(f)  FORM OF PAPERS.**

All papers shall be typed (double spaced) or reproduced by any duplicating or copying process that produces a clear black image on opaque white paper 11 inches long and 8-1/2 inches wide, unfolded, without back or cover, fastened at the top. Every paper shall contain a heading under the caption describing the nature of the pleading, motion or other paper. Papers should also be punched at the top with two holes, 2 3/4 inches apart

23