IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY HAMILTON,                )

      Plaintiff                )

v.                             ) CASE NO: 07-cv-01365 (RBW)

HENRY M. PAULSON, JR.         )

      Defendant               )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO SUPPLEMENT PLANTIFF'S PETITIONS FOR MODIFICATION OF COURT ORDER of July 11, 2007

### Background

This Court issued an initial July 11, 2007 ORDER pursuant to Plaintiff's application for IFP Dated July 5, 2007. The Plaintiff subsequently FILED several petitions in support of his request Modification request of the Court Order with regard to filing date. Plaintiff requested this Court To reverse its Order with regard to claim filing date and recognize Plaintiff's IFP application and claim submitted to the Court on July 5, 2007.

### MOTION TO SUPPLEMENT ORIGINAL PETITION TO RECOGNIZE RECEIPT DATE AS COURT FILEING DATE

Plaintiff now comes to THE HONORABLE COURT TO supplement his original Petition with a Copy of the Original Court claim (Exhibit A) filed with his IFP application, both received by the Court on July 5, 2007. This claim show clearly the clerk of the court received stamp of July 5, 2007. Also, see Doc. # 2, main document, Page 2 of 6

Respectfully submitted

/s/ Gary Hamilton

Gary Hamilton, Pro Se    Date 8/17/07

**RECEIVED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
GARY HAMILTON                          )
P.O. Box 1201                          )
Waldorf, MD  20604                     )
                                       )
          Plaintiff                    )
                                       )
v.                                     )   CASE NO.: _____
                                       )
HENRY M. PAULSON, JR.                  )
Secretary of the Department            )
of Treasury                            )
1500 Pennsylvania Avenue NW            )
Washington, D.C. 20220                 )
(202) 622-2000                         )
                                       )
          Defendant                    )
```

*(handwritten annotations: "NANCY M. WHITTINGTON, CLERK", "Byrm, WL OAK CT.", "240 346 9708", "Request Struck Jury")*

## COMPLAINT

**Pro-Se** Plaintiff, Gary Hamilton, files this civil complaint for damages and states herein as follows:

1. This action is authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964, as amended by the 1991 Civil Rights Act, 42 U.S.C § 2000e, et seq., hereinafter "Title VII."

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant. This action is also in accordance with 28 U.S.C. 1331.

3. Gary Hamilton is a citizen of the United States and resides in the State of Maryland.

4. Defendant, Henry Paulson, is the Secretary of the Department of Treasury, a

1

RECEIVED
JUL - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit A.