UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GARY HAMILTON,                     )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Civil Action No. 07-01365 RBW
                                   )
HENRY M. PAULSON, JR.,             )
   Secretary of the Department     )
   of the Treasury,                )
                                   )
          Defendant.               )
_____     )
```

MOTION FOR AN EXTENSION OF
TIME TO ANSWER THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1),
defendant moves for an extension of time of two weeks to answer
or otherwise respond to the complaint.  Undersigned counsel (Fred
E. Haynes), who is primarily responsible for this case, contacted
plaintiff, who is pro se, to determine his position on this
motion.  Plaintiff was willing to consent to an extension of time
of one week but not two.

The additional time is needed due to the heavy workload of
the agency counsel who is assisting undersigned counsel on this
case.  Additionally, there has been some confusion as to which of
plaintiff's EEO complaints relate to this case.  Discussion with
plaintiff and further review of the filings in this case have
resolved this issue.

Attached is a draft order reflecting the requested extension

of time.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney
                                /s/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., E-4110
                        Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              ) Civil Action No. 07-01365 RBW
                                      )
HENRY M. PAULSON, JR.,                )
   Secretary of the Department        )
   of the Treasury,                   )
                                      )
            Defendant.                )
_____ )

ORDER

UPON CONSIDERATION of the motion by the defendant for an
extension of time of two weeks for defendant to answer or
otherwise respond to the complaint, and the entire record in this
case, it is this _____ day of _____, 2007,

ORDERED that the defendant shall have to and including
October 12, 2007, to answer or otherwise respond to the
complaint.

                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to answer to be served by first-class mail, postage prepaid, this 27th day of September, 2007, on:

Mr. Gary Hamilton
P.O. Box 1201
Waldorf, MD 20604

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201