```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,                  )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 07-01365 RBW
                                )
HENRY M. PAULSON, JR.,          )
  Secretary of the Department   )
  of the Treasury,              )
                                )
          Defendant.            )
_____)
```

## MOTION FOR A BRIEF FURTHER EXTENSION OF TIME TO ANSWER THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant moves for a brief, further extension of time of one week to answer or otherwise respond to the complaint. Undersigned counsel (Fred E. Haynes), who is primarily responsible for this case for defendant, attempted today to contact plaintiff, who is pro se, to determine his position on this motion, but was unable to reach him.

Undersigned counsel (Fred E. Haynes) has been unable to complete the response to plaintiff's complaint for several reasons. First, work on other cases, that could not be postponed, prevented work on this case. Additionally, defendant is still in the process of trying to locate the final agency decision, which was sent to plaintiff. It is anticipated that the additional week will enable this issue to be resolved and the answer filed.

Attached is a draft order reflecting the requested extension

of time.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR, DC Bar #498610
                    United States Attorney

                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                          /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., E-4110
                    Washington, D.C. 20530

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          ) Civil Action No. 07-01365 RBW
                                  )
HENRY M. PAULSON, JR.,            )
   Secretary of the Department    )
   of the Treasury,               )
                                  )
            Defendant.            )
_____)
```

                                ORDER

UPON CONSIDERATION of the motion by the defendant for a further extension of time of one week for defendant to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the defendant shall have to and including October 19, 2007, to answer or otherwise respond to the complaint.

                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

   I hereby certify that I caused a copy of the foregoing motion for a further extension of time to answer to be served by first-class mail, postage prepaid, this 11th day of September, 2007, on:

>Mr. Gary Hamilton
>P.O. Box 1201
>Waldorf, MD 20604

>>/s/
>>Fred E. Haynes, D.C. Bar # 165654
>>Assistant United States Attorney
>>555 4th Street, N.W., Room E-4110
>>Washington, D.C. 20530
>>(202) 514-7201