UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
|       Plaintiff | ) | |
| v. | ) | Civil Action No. 07-1365 (RBW) |
| HENRY M. PAULSON, JR., Secretary of the Department of Treasury, | ) | |
|       Defendant. | ) | |

**ORDER**

Henry M. Paulson, Jr., the Secretary of the Department of Treasury and the defendant in this civil suit (the "Secretary"), seeks a one-week extension of time in which to answer or otherwise respond to the plaintiff's complaint. Motion for a Brief Further Extension of Time to Answer the Complaint at 1 (the "Motion"). Based on the representations of the Secretary's attorney, there is good cause to grant the relief requested in the Secretary's Motion. It is therefore

**ORDERED** that the Secretary's Motion for a Brief Further Extension of Time to Answer the Complaint is **GRANTED**. It is further

**ORDERED** that the Secretary shall file his answer or responsive motion under Federal Rule of Civil Procedure 12 to the plaintiff's complaint, if any he intends to file, no later than October 19, 2007.

**SO ORDERED** this 16th day of October, 2007.

                                              REGGIE B. WALTON
                                              United States District Judge