UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,                        )
                                      )
            Plaintiff,                )
                                      )
        v.                            ) Civil Action No. 07-01365 RBW
                                      )
HENRY M. PAULSON, JR.,                )
  Secretary of the Department         )
  of the Treasury,                    )
                                      )
            Defendant.                )
_____     )

MOTION FOR A BRIEF FURTHER EXTENSION
OF TIME TO ANSWER THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1),
defendant moves for a brief, further extension of time of six
days, to October 25, 2007, to answer or otherwise respond to the
complaint.  Undersigned counsel (Fred E. Haynes), who is
primarily responsible for this case for defendant, contacted
plaintiff yesterday concerning this motion; plaintiff advised
that he opposes this motion.

Yesterday, while preparing the answer, undersigned counsel
realized that the proper venue for this case is not the District
of Columbia but, instead, is the Eastern District of Virginia.
Undersigned counsel has started preparing a motion to dismiss or,
in the alternative, to transfer this case to the proper juris-
diction.  That motion will require a declaration from an Internal
Revenue Service official who left today for an out-of-town
meeting that he will be attending through next week.  Because of
the additional coordination difficulties occasioned by this,

defendant needs the additional time complete the dispositive
motion and supporting declaration.

    Attached is a draft order reflecting the requested exten-
sion of time.

                 Respectfully submitted,

                 JEFFREY A. TAYLOR, DC Bar #498610
                 United States Attorney

                 RUDOLPH CONTRERAS, DC Bar #434122
                 Assistant United States Attorney
                        /s/
                 FRED E. HAYNES, DC Bar #165654
                 Assistant United States Attorney
                 555 4th Street, N.W., E-4110
                 Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GARY HAMILTON,                    )
                                 )
              Plaintiff,          )
                                 )
         v.                       ) Civil Action No. 07-01365 RBW
                                 )
HENRY M. PAULSON, JR.,            )
   Secretary of the Department    )
   of the Treasury,               )
                                 )
              Defendant.          )
_____)
```

ORDER

UPON CONSIDERATION of the motion by the defendant for a further extension of time of six days for defendant to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the defendant shall have to and including October 26, 2007, to answer or otherwise respond to the complaint.

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for a further extension of time to answer to be served by first-class mail, postage prepaid, this 19th day of October, 2007, on:

              Mr. Gary Hamilton
              P.O. Box 1201
              Waldorf, MD 20604

                        /s/
              Fred E. Haynes, D.C. Bar # 165654
              Assistant United States Attorney
              555 4th Street, N.W., Room E-4110
              Washington, D.C. 20530
              (202) 514-7201

4