UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1365 (RBW) |
| | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary of the Department of Treasury, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Henry M. Paulson, Jr., the Secretary of the Department of Treasury and the defendant in this civil suit (the "Secretary"), seeks a six-day extension of time in which to answer or otherwise respond to the plaintiff's complaint.  Motion for a Brief Further Extension of Time to Answer the Complaint at 1 (the "Motion").  Based on the representations of the Secretary's attorney, there is good cause to grant the relief requested in the Secretary's Motion.  It is therefore

**ORDERED** that the Secretary's Motion for a Brief Further Extension of Time to Answer the Complaint is **GRANTED**.  It is further

**ORDERED** that the Secretary shall file his answer or responsive motion under Federal Rule of Civil Procedure 12 to the plaintiff's complaint, if any, on or before October 25, 2007.

**SO ORDERED** this 22nd day of October, 2007.

REGGIE B. WALTON
United States District Judge