THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
********************************
GARY HAMILTON,                  *
Plaintiff                       *
                                *
v.                              *     CASE NO.: 07-cv-1365 (RBW)
                                *
HENRY M. PAULSON                *
Defendant                       *
********************************
```

## CONSENT MOTION FOR EXTENSION OF ONE WEEK TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER.

Pro se Plaintiff, Gary Hamilton, moves this Honorable Court for extension of one week to file his Opposition to Defendant's Motion to Dismiss or in the Alternative to Transfer this case and states as follows: That I Plaintiff have been out of town for about a week. When I returned from my trip, I received the Government's Motion in my mail. I did not know that the Government will be filing this type of Motion before I left. I have now found out that I have very little time left to respond to the Government's motion. I would need about one week to respond since I have to settle down and then figure out how to respond to this Motion. The Government consents to this request for extension of one week. Please grant this motion Judge Walton.

Respectfully submitted

Gary Hamilton
P.O. Box 1201
Waldorf, MD 20604
Phone No. 240-346-9708
Pro-Se Plaintiff.

**RECEIVED**

NOV - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I Plaintiff sent this motion to the Government's counsel after consultation by first class mail today, November 7, 2007 as follows:

Mr. Fred E. Haynes, D.C. Bar 165654
AUSA
555 Fourth Street N.W. Suite E-4110
Washington, D.C. 20530
202-514-7201


Respectfully submitted,

Gary Hamilton
P.O. Box 1201
Waldorf, MD 20604
Phone No. 240-346-9708
Pro-Se Plaintiff.