UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1365 (RBW) |
| | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary of the Department of Treasury | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Gary Hamilton, the plaintiff in this civil lawsuit, seeks a one-week extension of time in which to respond to the defendant's Motion to Dismiss or, in the Alternative, to Transfer to the Eastern District of Virginia. Consent Motion for Extension of One Week to Respond to Defendant's Motion to Dismiss or in the Alternative to Transfer at 1. Based upon the consent of the defendant as represented by the plaintiff in his motion, it is

**ORDERED** that the Consent Motion for Extension of One Week to Respond to Defendant's Motion to Dismiss or in the Alternative to Transfer is **GRANTED**. It is further

**ORDERED** that the plaintiff shall file his opposition, if any, to the defendant's Motion to Dismiss or, in the Alternative, to Transfer to the Eastern District of Virginia on or before November 15, 2007.

**SO ORDERED** this 9th day of November, 2007.

>REGGIE B. WALTON
>United States District Judge