UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 07-1365 (RBW) |
|  | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary of the Department of Treasury, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**ORDER**

Gary Hamilton, the plaintiff in this civil law suit, seeks unspecified damages against Henry M. Paulson, Jr., Secretary for the Department of Treasury, in his official capacity pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (2000), based on numerous alleged acts of unlawful discrimination committed against the plaintiff on the basis of race. On October 25, 2007, the defendant filed a motion to dismiss or transfer this case to the Eastern District of Virginia pursuant to Federal Rule of Civil Procedure 12(b)(3). Motion to Dismiss or, in the Alternative, to Transfer to the Eastern District of Virginia at 1. The Court granted the plaintiff leave to file his response to that motion on or before November 15, 2007. That deadline has passed, yet no opposition to the defendant's motion has been filed.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the District of Columbia Circuit Court of Appeals held that district courts must provide notice to parties appearing pro se that the failure of a party to respond to a dispositive motion such as a motion to dismiss under Rule

12 "may result in the district court granting the motion and dismissing the case." Id. at 509. Because the Court has not provided prior notice of this fact, it will give the plaintiff another opportunity to respond to the defendant's motion before granting the motion by default. If, however, the plaintiff does not respond in a timely manner to this order by (1) filing an opposition to the defendant's motion or (2) filing a request for a further extension of time in which to respond to the defendant's motion, the Court may treat the defendant's motion as conceded and dismiss the plaintiff's complaint.

It is therefore

**ORDERED** that the plaintiff shall file his opposition, if any, to the Defendant's Motion to Dismiss or, in the Alternative, to Transfer to the Eastern District of Virginia on or before December 11, 2007.

**SO ORDERED** this 27th day of November, 2007.

REGGIE B. WALTON<br>United States District Judge