THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY HAMILTON ) | |
| Plaintiff ) | CASE NO. NO: 07-1365 (RBW) |
| V. ) | |
| HENRY M. PAULSON, JR. ) | |
| _____ ) | |

*Leave to file is granted*
*J. Walton*
*11/27/07*

## PLANTIFF'S MOTION INVOLVES TWO REQUESTS:

1. **TO REPLACE IN WHOLE A CORRECTED VERSION (ATTACHED AS SAME) OF A MISTAKENLY (INCORRECT) SUBMITTED VERSION OF PLAINTIFF'S EXHIBIT 2 (AMENDED DECLARATION) - PLANTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER TO THE EASTER DISTRICT OF VIRGINIA; AND,**

2. **REQUEST CORRECTION OF PROPER CASE NUMBER, 07-1365(RBW) ON THIS SAME OPPOSITION SUBMITTED TO THE COURT**

Pro Se Plaintiff, Gary Hamilton, files this Motion to:

A. Replace in Whole a Corrected Version (Attached as Same) to Plaintiff's Exhibit 2 Submitted in Response to Defendant's Motion to Dismiss or in the Alternative to Transfer to the Eastern District of Virginia; and,

B. Correction of Improper entered Case No. Made in Error of this same Opposition Motion. The correct Case Number should appear as **CASE NO. NO: 07-1365 (RBW)**. The incorrect Case Number entered is a related case pending before this Court as **Case Number 05-1549 (RBW)**.

Plaintiff preys this Court to grant this motion due to:

   1. Him being pressed to submit in a timely manner to this Court his Opposition to Defendant's Motion to Transfer or in the Alternative to Transfer to the

Eastern District of Virginia. I hope the Court understands that these errors occurred, which needs correction/clarification, vastly because these two cases are so closely related in terms of facts and issues between and among tthem; and,

2. In recognition that the Court's deadline to submit Plaintiff's Opposition has not expired. The Court set a deadline of today, November 15.

*[signature]*

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November 2007, I sent a copy of this Motion to defense counsel as follows:

Mr. Fred Haynes Bar number 434122

AUSA

555 Fourth Street, NW E-4110

Washington, DC  20530

202-514-7201

_____
GARY HAMILTON

Exhibit 2

## DECLARATION

**SUBJECT:** Discrimination Complaint of Gary Hamilton and Henry M. Paulson, Jr., Secretary of the Treasury, TD Case Number 06-2213M.

### AMENDED DECLARATION UNDER PENALTY OF PERJURY

In accordance with the procedures of 28 U.S.C. 1746, I, Gary Hamilton, the undersigned do hereby make the following declaration under penalty of perjury pertinent to the above stated subject

**Complainant:** Gary Hamilton (former employee)
**Representative:** Anne Gbenjo (713) 771-4775
yourlawgroup@yahoo.com

**State your name, agency, title, series, grade, duty location, and race.**

Gary Hamilton, U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Washington, DC, African-American (Black)

**Briefly state your former duties and responsibilities as an Industrial Hygienist, including the management official(s) to whom you reported and how long you held that position.**

Served as the industrial hygiene technical expert for IRS Area 3 ( which includes Greater metro DC and New Carrollton Territories ) for planning, coordinating and conducting detailed surveys and investigations relating to recognition, evaluation and formulation of controls for occupational, health hazards. Conducts or serves as team leader, directing surveys of worksites throughout the Washington DC facilities, to identify and evaluate the potential for excessive exposure to toxic materials and harmful physical agents found in the workplace. Additionally, I served as lead safety and health inspection program for the New Carrollton Territories - assignments include conducting evaluations of a variety of industrial environments, including heavy industry or highly complex research and development work, and involve the identification and evaluation of hazards about which little may be known. Surveys measuring airborne contaminants often involve combinations of exposures for which acceptable concentrations must be determined. Other complicating factors include new or unusual processes and difficult control problems, including bioterrorism events, etc.

**Describe your prior EEO complaint activity and include the following information: the TD Case number(s), basis(es), issue(s), management official(s) involved, and current status of the complaint(s).**

1. 04-2024; Management official: John Stuart Burns; The Agency on or about August 2003 based on race, gender and color planned, arranged and executed with a discriminatory motive by:

Page 1 of 9

## DECLARATION

- Selecting a white female with observably/demonstrably less qualifications for a position of safety and health specialist, GS-0018-14.
- Planning, arranging and executing with a recruitment, ranking and selection action to give the same white female preferential treatment by giving her a detail into the position.
- Planning, arranging and executing the selection process using an evaluation process with a discriminatory motive that is subjective in nature to form an otherwise (pretext) defensible legitimate selection process.

2. 04-2430; Management Official: John Stuart Burns; Issue is that the Agency based on my race, color and sex on or about January 2004 planned, arranged and executed with a retaliatory motive by:
- Recruiting and selecting a white female to a 120 day temporary non-competitive promotional detail of 120 days. This white female selected was from my immediate workgroup.

3. 05-2385; Issue: The Agency Selecting Official (SO), John Stuart Burnes named in Claims 1 and 2 above, with a retaliatory motive:
- Made disparaging statements about the Complainant's assignment performance as a "preliminary step as part of a pattern of harassment" that had already affected the Complainant.

**State your allegations regarding the disparate treatment and retaliation.**

(a) Was the complainant discriminated against based on his race and (b) did the complainant suffer retaliation based on his prior EEO activities when:

1(a). The Agency filled the two positions that the Complainant applied for i.e., the Industrial Hygienist position (GS-0690-14; 15-02-AT5G693; DEU-AT5RF100E) and the Environmental Protection Specialist (EPS) position (GS-0018-14; 15-02286N5CE; 05KCD25127F1698) about December of 2005, after the Complainant left his employ; where the Complainant believes that the Agency deviated from its job announcement procedure in advertising for EPS position or that the Agency made it difficult if not impossible for him to apply for the Environmental Protection Specialist position (GS-0018-14; 15-02286N5CE; 05KCD25127F1698).

1(b) The Agency informed the Complainant that his application package for the Industrial Hygienist position (GS-0690-04; 15-02-AT5G693; DEU-AT5RF100E) was lost when he inquired about the status of his application; and the Agency continued to seek applicants for that position though the Complainant, following the Agency's directive, re-sent his application to the Agency.

Page 2 of 9

## DECLARATION

(2). Whether the Complainant was constructively discharged from his employ about December of 2005 based on his claims of discrimination and retaliation in employment.

**Regarding (1) and (2) cited above, describe in chronological order all of the events that led up to the allegation, including who committed the alleged discrimination, what occurred, where and when it occurred.**

Around December of 2005, after the Complainant had left his employ, the Agency filled the two positions that the Complainant had previously applied for i.e., the Industrial Hygienist position (GS-0690-14; 15-02-AT5G693; DEU-AT5RF100E) and the Environmental Protection Specialist (EPS) position (GS-0018-14; 15-02286N5CE; 05KCD25127F1698.

Regarding the Environmental Protection Specialist (EPS) position (GS-0018-14; 15-02286N5CE; 05KCD25127F1698, which was announced in around September of 2005, the agency made it impossible for the Complainant to apply for that position and eventually closed it.

As to the Industrial Hygienist position (GS-0690-04; 15-02-AT5G693; DEU-AT5RF100E), which was announced around March/April of 2005, the Agency informed the Complainant that his application package was lost when he inquired about the status of his application. Nonetheless, the Agency continued to seek applicants for that position though the Complainant, following the Agency's directive, re-sent his application to the Agency.

The continuous discriminatory and retaliatory acts in his work environment forced the Complainant to leave his employ around December of 2005.

**As an Industrial Hygienist, were you a bargaining unit employee?**
No

**When did you first become aware of the vacancy announcements and how were you made aware of them?**

■ The Industrial Hygienist position was advertised on the Agency Intranet sometime about March 2005, in addition to being cascaded by email from the REFM HQs staff assistant to Territory Managers (formers Facilities Management Officers), for eventual dissemination to line employees.

■ The Environmental Protection Specialist (EPS) position, the Complainant was informed on or about October 2005 during a casual telephone conversation with an IRS employee.

Page 3 of 9

# DECLARATION

**What are the guidelines regarding notifying employees of vacancy announcements when absent from the workplace?** *Please provide a copy.*

The IRS Merit Promotion Plan (8/2002) @ 6.335.1.12.5 (Application for Vacancy Announcement Consideration), states that:

> "The immediate manager ensures that a method is in place to ensure that employees who are temporarily absent from duty (i.e., leave, training, furlough, etc) are informed of vacancies announced within their area of consideration".

**What was REFM's "normal practice of emailing vacancy notices"?** *Please provide a copy of any documentation regarding the normal practice.*

Within the Division's HQs, the staff assistant had a pattern and practice of forwarding emails of all vacancies to the Territory Managers (formerly Facilities Management Officers) in field locations for eventual passing to line employees. Additionally, the REFM, Area 3 (DC Metro), Staff assistant augmented this notification by also cascading email notifications of vacancies to Area 3 Territory Managers for same purpose.

**Why do you believe the Agency purposely announced vacancies when you were scheduled to be out of the office?**

First, this particular allegation relates only to the environmental protection specialist position.

**Who scheduled you out of the office, when, and where were you at the time the vacancies were announced?**

Mr. John Reagan, as Chief of Safety and Mail Services, REFM HQs played a decisive role in the scheduling of safety program evaluations among the various Agency Territories or field offices.

**Who was your first-line manager and what involvement did (s)he have in these matters?**

Mr. Chadwick Pickeral. He insisted on the location that I had to go to.

**Be specific and state who you believe subjected you to disparate treatment due to their actions in these matters.** *(Provide their name, title, complete details regarding their direct involvement in the vacancy announcements.)*

Page 4 of 9

## DECLARATION

Mr. John Reagan, Chief of Safety, REFM HQs, IRS, Arlington, Virginia: Mr. Reagan (successor to Mr. John Stuart Burns, named in Complainant's prior EEO complaints discussed in response Number 3).

Mr. Jim Falcone; Director of REFM, IRS, Arlington, Virginia. Mr. Reagan.

Mr. Reagan and Mr. Falcone with discriminatory and retaliatory motive facilitated or otherwise under color of authority arranged and influenced the timing of the EPS vacancy announcement in such a way to make it impossible for the Complainant to apply. This is supported by their knowledge of the timing of the training, which was sponsored by Mr. Falcone, in which he was present during the week and coupled with the knowledge of the Complainant's off-site responsibilities, immediately following training in San Diego, CA. Mr. Regan implied that it would be a waste of time to apply and Mr. Falcone also said they could advertise the position any way they want to.

**Describe your working relationship to the manager(s) who had direct involvement in this matter and the duration of the relationship.**

Mr. Falcone, Director of REFM HQ. interacted with Complainant during EEO ADR interaction.

Mr. John Reagan was Chief of Safety and Mail Services, REFM, IRS. The Complainant twice told Mr. Regan that he was interested in the position. His other interactions with Mr. Reagan were usually through his immediate supervisor.

**What reasons, if any, were given to you for the manager's actions in this matter? Who provided those reasons and when were they provided?**

No reasons have been provided yet.

**Why do you believe the reasons provided are not the real reasons and why do you believe that?**

I was not provided any reason.

**Why do you believe the real reason was to subject you to disparate treatment on the basis of your race and/or retaliation due to your prior EEO activity?**

*Industrial Hygienist Recruitment:*

■The Agency claims it lost my application.

Page 5 of 9

# DECLARATION

- Mr. Reagan acknowledged that he was aware of my prior EEO activity on two occasions as discussed above

- Mr. Reagan held up processing the Industrial hygienist certificate best qualified (BQ) certificate for several months, July to December 2005. OPM rules requires cancellation of any BQ certificate when no selection has been made in 120 days.

- Mr. Reagan waited until I was forced out to select on this recruitment certificate.

- Mr. Reagan and Mr. Falcone chose to fill the positions with two outsides candidates of their race while pending EEO claim investigations were ongoing and others were filed with the federal court and one month after emailing the Business Unit (AWSS) Chief of his attempt to mediate and resolve long standing discrimination and reprisals within REFM.

## Environmental Protection Specialist:

- Mr. Reagan and Mr. Falcone arranged the deviation from the long standing pattern and practice of emailing vacancies to Territory/Field Managers for eventual distribution to employees.

- Mr. Reagan and Falcone intentionally advertised the EPS position while Complainant was off-site and on travel. Further, such action was not coincidental especially, given the fact that Mr. Falcone and Mr. Reagan were well aware of Complainant's superior qualifications for both the industrial hygiene and EPS positions. Additionally, Mr. Falcon said they could advertise the position any way they want to.

- Mr. Reagan and Mr. Falcone waited until I was forced out to select on this recruitment certificate.

- Mr. Reagan and Falcone chose to fill the positions with an outside candidate of their race while pending EEO claim investigations were ongoing and others were filed with the federal court and one month after emailing the Business Unit (AWSS) Chief to attempt to mediate and resolve long standing discrimination and reprisals within REFM.

- Additionally, I believe (as to both recruitments) the real reason was to subject me to disparate treatment because the Agency's Area-wide Shared Services (AWSS) employs a racially discriminatory, subjective and discretionary decision-making processes and practices affecting promotions and advancement opportunities that adversely impacts African American employees, especially Black Males. See Table Below.

Page 6 of 9

## DECLARATION

| Category | Workforce Population | No. of Promotions | Promotion Rate (per 100 employees) |
|---|---|---|---|
| Black Male | 385 | [ 4% x 385] = 15 | 15/ [ 385/100] = 4 |
| Black Female | 1320 | [25% x 1320] = 317 | 317/ [1320/100] = 24 |
| White Male | 1650 | [11% x 1650] = 182 | 182/ [1650/100] = 11 |
| White Female | 2145 | [49% x 2145] = 837 | 837/ [2145/100] = 39 |
| Whites | 3795 | [60% x 3795] = 2277 | 2277/ [3795/100] = 60 |
| Blacks | 1705 | [29% x 1705] = 494 | 494/ [1705/100] = 29 |

Conclusion: These results indicate a vast disparate impact with respect to rate of promotions among the different racial and/or gender groups. Overall the promotion rate of whites is slightly over two (2.1) times that of Blacks. The promotion rate of White females is nine and three-quarters (9 ¾) times that of Black males. The promotion rate of White females is over one and one-half (1.6) times that of Black females.

Source: Internal Revenue Service (IRS), Agency-wide Shared Services (AWSS), Affirmative Employment Plan (AEP), Page 30

**What are the rules, regulations, policies, and/or procedures regarding posting vacancy announcements? Did management follow the guidelines in your situation? If not, how was it different? *Provide a copy of the guidelines you make reference to.***

All relevant regulations, policies and/or procedures are contained in the Agency Merit Promotion IRM 6.335.1.12.4 or prevailing OPM regulations.

**What are the rules, regulations, policies, and/or procedures regarding notifying employees about current vacancy announcements? Did management follow the guidelines in your situation? If not, how was it different? *Provide a copy of the guidelines you make reference to.***

Please see the responses above

Page 7 of 9

## DECLARATION

Considering that the position of EPS is one requiring specialized experience and technical qualifications, which the Complainant possessed superior qualifications, were not otherwise likely to be available within the Agency and not already a GS-14, the Agency did not extend consideration to both internal and external candidates, contrary to normal practice as discussed in the response above, including the divergence from the cascading of email notification to line employees with REFM.

**Provide a copy of the last personnel action separating you from the Agency (discharge, resignation, termination, etc.).**

I was constructively discharged.

**Explain "constructive discharge" and why you believe you were subjected to it. Who do you believe caused the "constructive discharge" (specifically, who are they and exactly what did they do and when did they do it?).**

Please see the responses above

**Who initiated the action that separated you from your Agency? Did you provide the Agency something in writing?** *If so, provide copies.*

Please see the responses above

**Describe your working relationship to the manager(s) who had direct involvement in this matter and the duration of the relationship.**

Please see the responses above

**What reasons, if any, were given to you for the manager's actions in this matter? Who provided those reasons and when were they provided?**

Please see the responses above

**How have you been harmed by these events?**

I have suffered humiliation, indignity and have been emotionally traumatized by these events. Additionally, I have experienced exacerbation of my health conditions.

**What remedy are you seeking?**
Compensatory damages to the fullest extent allowed by law; Attorney fees; Front Pay and other remedies that I am or may be entitled to under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Page 8 of 9

## DECLARATION

Considering that the position of EPS is one requiring highly technical qualifications which were not likely to be found within IRS, with an exception to the Complainant and not already possessing a GS-14, the Agency did not extend consideration to both internal and external candidates, contrary to normal practice as discussed in the response above.

**Provide a copy of the last personnel action separating you from the Agency (discharge, resignation, termination, etc.).**

I was constructively discharged.

**Explain "constructive discharge" and why you believe you were subjected to it. Who do you believe caused the "constructive discharge" (specifically, who are they and exactly what did they do and when did they do it?).**

Please see the responses above

**Who initiated the action that separated you from your Agency? Did you provide the Agency something in writing? If so, provide copies.**

Please see the responses above

**Describe your working relationship to the manager(s) who had direct involvement in this matter and the duration of the relationship.**

Please see the responses above

**What reasons, if any, were given to you for the manager's actions in this matter? Who provided those reasons and when were they provided?**

Please see the responses above

**How have you been harmed by these events?**

I have suffered humiliation, indignity and have been emotionally traumatized by these events. Additionally, I have experienced exacerbation of my health conditions.

**What remedy are you seeking?**

Compensatory damages to the fullest extent allowed by law; Attorney fees; Front Pay and other remedies that I am or may be entitled to under the law.

I declare under penalty of perjury that the foregoing is true and correct.

Page 8 of 9

DECLARATION

Executed on this 24th day of October 2006, at (city/state) Waldorf, Maryland.

_____
(Signature)

Name: Gary Hamilton
Title: Former Industrial Hygienist with IRS
Agency: Former employee of IRS/AWSS/REFM/Area 3
Mailing Address: P.O. Box 1201, Waldorf, MD 20604